# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET  
MONTCLAIR, N.J. 07042  
973-744-1000  
973-746-1490 (FAX)

29 BROADWAY  
SUITE 1412  
NEW YORK, N.Y.  10006  
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

LETTER-MOTION—WITH CONSENT—  
FOR *NUNC PRO TUNC* ORDER TO EXTEND DATE  
FOR FILING DEFENDNT'S SENTENCING MEMORANDUM

December 29, 2019

Served and Filed Via ECF  
Hon. Paul A. Engelmayer, U.S.D.J.  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, N.Y. 10007

Re:   *United States v. Nancy Credidio*,  
19-cr-00111(PAE)

Dear Judge Engelmayer:

This letter-motion is respectfully submitted, with the consent of the United States, for entry of an order, *nunc pro tunc*, to extend the date, to and including December 31, 2019, of defendant's sentencing submission. Ms. Credidio is scheduled for sentencing at 3pm on January 9, 2020. This application does not seek an extension or continuance of that date.

Under this Court's practices, sentencing materials on the part of the defendant are to be filed 14 days in advance of the sentence date. Thus, the materials on this defendant's behalf should have been filed on or before December 25, 2019. Due to a variety of personal and professional commitments, undersigned counsel did not meet that deadline. Counsel apologizes to Your Honor for this and recognizes he should have filed for this relief earlier. As proposed, sentencing materials will be filed on or before December 31, eight days in advance of sentencing.

Your Honor's time and attention to this matter are appreciated. Please advise whether the Court has any questions or concerns. And, once again, counsel expresses his regrets to the Court. This request is not in any way the

HON. PAUL A. ENGLEMAYER, U.S.D.J.
December 29, 2019
Page 2

fault of the defendant and she should not be penalized for counsel's oversight.

                              Respectfully submitted,
                                   /s/
                              David A. Ruhnke

<u>Via ECF</u>: Michael Neff, AUSA

Granted.

SO ORDERED.

      _____
          PAUL A. ENGELMAYER
            United States District Judge

December 30, 2019