

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2020

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York 10007

    Re:    <u>United States v. Nancy Credidio</u>, 19 Cr. 111 (PAE)

Dear Judge Engelmayer:

    Sentencing of defendant Nancy Credidio is currently scheduled for January 9, 2020 at 3:00 p.m. The Government respectfully submits this letter to request a brief adjournment of the deadline to file its sentencing submission, from today until January 9, 2020. The defense consents to this request, which is the first such request by the Government. The requested adjournment is necessary in part because the defense sentencing submission—which was filed only two days ago on December 31 (Dkt. 49)—raised an unexpected factual issue bearing on sentencing. The undersigned is in the process of conferring with several individuals (some outside the Government) as to that issue, but unfortunately that process will take several days; that issue, in turn, may bear on the Government's ultimate sentencing recommendation. (The Government will still submit—today—a victim impact statement as well as the proposed Order of Restitution for the approximately 1,128 victims of the defendant's offense of conviction.) If the Court grants the requested adjournment, the parties are available to appear for a rescheduled sentencing on the following dates, if convenient for the Court: January 16 (from 1:00 to 4:30 p.m.); anytime on January 17, 21, or 27; and anytime the entire week of February 3, 2020 (except for the morning of February 7). The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Michael D. Neff*
Michael D. Neff
Assistant United States Attorney
(212) 637-2107

Granted. The sentencing is adjourned to
February 7, 2020 at 3 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge