```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
                -v-                                      :      19-CR-111 (PAE)
                                                         :
NANCY CREDIDIO,                                          :      ORDER
                                                         :
                              Defendant.                 :
                                                         :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, United States District Judge:

      IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals. The Court directs the United States Marshal Service to assure that the defendant is provided access to the prescription medications she is presently taking.

      SO ORDERED.

Dated: February 7, 2020  
      New York, New York

                                              PAUL A. ENGELMAYER  
                                              United States District Judge