```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :   ORDER OF RESTITUTION
        - v. -                   :
                                 :   19 Cr. 111 (PAE)
NANCY CREDIDIO,                  :
    a/k/a "Nancy Schwartz,"      :
                                 :
                    Defendant.   :
                                 :
- - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Michael D. Neff, Assistant United States Attorney, of counsel; the Presentence Report; the conviction of NANCY CREDIDIO, the defendant, on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** NANCY CREDIDIO, the defendant, shall pay restitution in the total amount of **$417,395.70**, to be paid to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to the victims are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Scope of Liability.** The defendant's liability for restitution shall continue unabated until the defendant has paid the full amount of restitution ordered herein.

1

3. **Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:     New York, New York
       February 7     , 2020

                                        _____
                                        THE HONORABLE PAUL A. ENGELMAYER
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK

**EXHIBIT A – SEALED SCHEDULE OF VICTIMS**