```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x
                                    :
UNITED STATES OF AMERICA            :
                                    :      CONSENT PRELIMINARY
        - v. -                      :      ORDER OF FORFEITURE/
                                    :      MONEY JUDGMENT
NANCY CREDIDIO,                     :
    a/k/a "Nancy Schwartz,"         :      19 Cr. 111 (PAE)

        Defendant.                  :

- - - - - - - - - - - - - - - - -  x
```

WHEREAS, on or about January 10, 2019, NANCY CREDIDIO (the "defendant"), was charged in a one-count Information, 19 Cr. 111 (PAE) (the "Information") with conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of Count One that the defendant personally obtained;

WHEREAS, on or about January 10, 2019, the defendant pled guilty to Count One of the Information, pursuant to an agreement with

1

the Government, wherein the defendant admitted to the forfeiture allegation with respect to Count One and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money in United States currency representing proceeds traceable to the commission of said offense; and

WHEREAS, the defendant consents to the entry of a money judgment in the amount of **$197,400.00** in United States currency, representing property constituting or derived from proceeds traceable to the commission of the offense alleged in Count One of the Information that the defendant personally obtained;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Michael D. Neff, of counsel, and the defendant, and her counsel, David A. Ruhnke, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money judgment in the amount of **$197,400.00** in United States currency (the "Money Judgment"), representing property constituting or derived from proceeds traceable to the commission of the offense charged in Count One of the Information that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, NANCY CREDIDIO, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of

forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[Remainder of page left intentionally blank.]

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Michael D. Neff*                2/6/2020
    Michael D. Neff                             DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212)637-2107

NANCY CREDIDIO

By: *Nancy Credidio*              2-07-2020
    NANCY CREDIDIO                             DATE

By: *David A. Ruhnke*            2-07-2020
    David A. Ruhnke, Esq.                  DATE
    Attorney for Defendant

SO ORDERED:

*Paul A. Engelmayer*                 2/7/2020
THE HONORABLE PAUL A. ENGELMAYER    DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK