UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> -v- <br><br> NANCY CREDIDIO, <br><br> Defendant. | 19-CR-111 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received an emergency motion from counsel for Nancy Credidio asking the Court to change her sentence of imprisonment to one of home confinement to reflect the heightened risk that imprisonment poses for her during the present COVID-19 health crisis. Dkt. 61. The Court will not do so, because a lengthy term of imprisonment is required for Ms. Credidio for all the reasons reviewed at sentencing. However, the Court would be amenable—if it has legal authority to do so—to order that she be temporarily released from custody in the MCC in favor of home incarceration, pending her designation to a longer-term federal prison or the abatement of the present public health emergency, whichever occurs first. The Court directs counsel for Ms. Credidio to submit a letter, due 5 p.m. Tuesday, March 31, 2020, setting out the Court's authority, if any, to take such action. The Court directs counsel for the Government to respond by 5 p.m. Wednesday, April 1, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 30, 2020
      New York, New York